UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:                                                          CASE NO:      18-20484-C-13
TERESA CRYER

Debtor

**TRUSTEE'S NOTICE OF PLAN PAYMENT ADJUSTMENT**
**(BASED ON RULE 3002.1(c) NOTICE)**

On April 10, 2019, CENLAR FSB filed a 3002.1(c) Notice at ECF #39. Effective **June 28, 2019**, the plan payment to the trustee is adjusted:

| | | |
|---|---|---:|
| 1 | Monthly amount claimed in Rule 3002.1(c) Notice | $2,156.41 |
| 2 | Prior monthly amount | $2,189.03 |
| 3 | Difference (line 1 minus line 2) | ($32.62) |
| 4 | Remaining number of months for new payment | 54 |
| 5 | Total difference for payee payment (line 3 times line 4) | ($1,761.48) |
| 6 | Number of months for new plan payment | 53 |
| 7 | Change in monthly payment (line 5 divided by line 6) | ($33.24) |
| 8 | Posted Chapter 13 Trustee Fee percentage | 7.50 |
| 9 | Change in Chapter 13 Trustee fee (line 7 multiplied by line 8) | ($2.49) |
| **10** | **Total Change in Monthly Payment (line 7 plus line 9)** | **($35.73)** |
| 11 | Monthly payment in confirmed plan | $3,850.00 |
| **12** | **New Monthly payment to trustee (line 10 plus line 11)** | **$3,814.27** |

The change noted on line 10 above is effective to all subsequent plan payments.

DATED: June 26, 2019                                        /s/   CINDY BOUDLOCHE
                                                                                    CINDY BOUDLOCHE
                                                                                    CHAPTER 13 TRUSTEE
                                                                                    555 N. Carancahua  Ste 600
                                                                                    Corpus Christi, TX  78401-0823
                                                                                    (361) 883-5786

#613

CASE NO:   18-20484-C-13	TERESA CRYER

## CERTIFICATE OF SERVICE

I hereby certify that on or about June 26, 2019, a copy of the foregoing Notice of Adjustment to Plan Payment was served electronically or by United States Postal Service to the Debtor and the Debtor's Counsel and all parties listed below:

### Debtor

TERESA B CRYER
226 LAKEVIEW DR
MATHIS, TX  78368

### Attorney for Debtor

LAW OFFICE OF JOEL GONZALEZ PLLC
700 EVERHART RD STE G-2
CORPUS CHRISTI, TX  78411

### Parties Requesting 2002 Notice

| | |
|---|---|
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 17428<br>AUSTIN, TX  78760-7428 | CODILIS & STAWIARSKI<br>400 N SAM HOUSTON PKWY E STE 900A<br>HOUSTON, TX  77060 |

/s/  CINDY BOUDLOCHE

CINDY BOUDLOCHE, TRUSTEE