UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| IN RE: § | |
| DEBTOR, § | |
|    TERESA CRYER § | CASE NO: 18-20484-C-13 |
|    Debtor § | CHAPTER 13 |

**NOTICE OF WAGE ORDER ADJUSTMENT**

| Employer | Chapter 13 Trustee<br>(Payments must be sent to this address) |
|---|---|
| REGENCY HEALTHCARE<br>101 WEST GOODWIN<br>VICTORIA, TX  77901 | Cindy Boudloche, Chapter 13 Trustee<br>PO BOX 703<br>MEMPHIS, TN  38101-0703<br><br>**18-20484-C-13** |

1. The Chapter 13 Trustee in this bankruptcy case provides this Notice of Wage Order Adjustment.

2. Employer must deduct the following amounts from wages payable to **TERESA B CRYER** and send the deducted funds to the Chapter 13 Trustee:

| Monthly | Semi-Monthly | Bi-Weekly | Weekly |
|---|---|---|---|
| $4,074.07 | $2,037.04 | $1,880.34 | $940.17 |

3. This Notice is effective for the first payroll period after 4/30/2021.

4. All other terms of the Court's Wage Deduction Order remain effective.

Date: April 21, 2021

/s/  Cindy Boudloche, Trustee

   A copy of this Notice of Wage Order Adjustment was mailed to the above referenced Employer, the Debtor and the Debtor's counsel on April 21, 2021.

/s/ Connie Davis
Connie Davis, Trustee Assistant

#623