# United States Bankruptcy Court
## For the Southern District of Texas
## Corpus Christi Division

| | | |
|---|---|---|
| In re:  Cryer, Teresa Brown | § | Case No.   18-20484 |
| | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF FEES DUE PURSUANT TO FIXED FEE AGREEMENT FOR REVIEW OF   A NOTICE BY MORTGAGE HOLDER OF ADJUSTED PAYMENT AMOUNT (DOC.#46)

TO THE HONORABLE JUDGE OF SAID COURT:

Joel Gonzalez, counsel for Debtor(s) Cryer, Teresa Brown, entered into a fixed fee agreement for the representation of the debtor(s).   This agreement was approved by Court Order.

1. Joel Gonzalez, attorney for debtor(s) and The Law Office of Gonzalez, PLLC, have reviewed the Notice of Mortgage Payment Change or Notice of Mortgage Payment Adjustment filed by **Cornerstone Home Lending, Inc.** on March 26, 2021 in the Debtor(s) bankruptcy case.

2. The Notice of Mortgage Payment Change or Notice of Mortgage Payment Adjustment was filed 120 days or more after confirmation of the plan. Joel Gonzalez, has not been paid directly by Debtor(s) for this.

3. Therefore, Joel Gonzalez, attorney for the debtor(s) should be paid $300.00 by the Chapter 13 Trustee through the confirmed plan pursuant to fixed fee agreement.

Respectfully submitted,
The Law Offices of Joel Gonzalez, PLLC

Dated: 06/30/2021

/s/ Joel Gonzalez
Joel Gonzalez
State Bar No. 24053233
Federal I.D. No. 632677
700 Everhart Rd., Ste. G-1
Corpus Christi, Texas   78411
Telephone No. 361-887-6363
email: joel@jglegalgroup.com
Attorney for the Debtor(s)

## CERTIFICATE OF SERVICE

This is to certify that on this day, a true and correct copy of the foregoing was/were served via U.S. Mail, postage prepaid to the following parties:

**TRUSTEES**

Cindy Boudloche, Trustee
555 N. Carancahua, Ste. 600
Corpus Christi, TX 78475

United States Trustee
515 Rusk, Suite 3516
Houston, TX 77002

**DEBTOR**

Cryer, Teresa Brown
226 Lakeview Drive
Mathis, TX. 78368

Respectfully submitted,
The Law Offices of Joel Gonzalez, PLLC

06/30/2021
Dated

/s/ Joel Gonzalez
Joel Gonzalez
State Bar No. 24053233
Federal I.D. No. 632677