# United States Bankruptcy Court
## For the Southern District of Texas
## Corpus Christi Division

| | | |
|---|---|---|
| In re: | § | Case No.   18-20484 |
| Teresa Brown Cryer | § | |
| | § | |
| | § | |
| Debtor(s) | § | Chapter 13 |

### DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

NOW COMES, Debtor(s), in the above styled matter by and through attorney of record, and files this response to the *Trustee's Motion to Dismiss* and would show and request the following:

1. Debtor(s) hereby requests a Hearing on the Trustee's Motion to Dismiss.

2. Debtor's employer issued several payments to the Trustee, but the payments were never cashed or returned to the employer.  Debtor is requesting a continuance because the employer is going to re-issue payment to the Trustee.

WHEREFORE ALL PREMISES, CONSIDERED, Debtor(s) respectfully requests the Court to grant the Debtor(s) a Hearing and upon such Hearing, Deny the Trustee's Motion to Dismiss and award Debtor(s) all further relief to which debtor(s) may justly be entitled.

Respectfully submitted,
***The Law Offices of Joel Gonzalez, PLLC***

*/s/ Joel Gonzalez*
Joel Gonzalez, *Attorney for the Debtor*
SBOT 24053233, Fed I.D. #632677
700 Everhart Rd., Ste. G-1
Corpus Christi, Texas  78411
Telephone No. 361-887-6363
Facsimile No. 361-654-3622

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on the 4th day of November, 2021, a true and correct copy of this Debtor's Response to the ***Trustee's Motion to Dismiss*** was served via First Class Mail and/or via electronic mail to all the parties listed below.

**Chapter 13 Trustee**
Cindy Boudloche - Trustee
555 N. Carancahua, Ste. 600
Corpus Christi, Texas  78475

**U.S. Trustee**
515 Rusk, Ste. 3516
Houston, Texas  77002

**Debtor(s)**
Cryer, Teresa Brown

226 Lakeview Drive
Mathis, TX. 78368

                                        */s/ Joel Gonzalez*_____
                                        Joel Gonzalez, *Attorney for the Debtor*