UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

In re:                                                                 Case No. 18-20484-C-13
      TERESA B CRYER

                                                                         Chapter 13

          Debtor(s)

## CHAPTER 13 STANDING TRUSTEE FRBP 2012 REPORT
## ACCOUNTING OF PRIOR ADMINISTRATION OF CASE

Cindy Boudloche, former chapter 13 standing trustee for the period from the petition date through October 31, 2021 and Yvonne V. Valdez, chapter 13 standing trustee, for the above-captioned case, submit the following accounting of the estate pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $125,627.80 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$125,627.80** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,693.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $9,563.76 |
| Other | $0.00 |
| Secured Creditors | $112,071.04 |
| Priority Creditors | $0.00 |
| General Unsecured Creditors | $0.00 |
| **Total Disbursements & Expense of Administration:** | **$125,327.80** |

| | |
|---|---:|
| **Balance Transferred to Successor Trustee** | **$300.00** |

Dated: 11/01/2021

/s/ Cindy Boudloche                                                    /s/ Yvonne V. Valdez
Former Chapter 13 Standing Trustee                    Successor Chapter 13 Standing Trustee
555 North Carancahua St. Suite 600                    555 North Carancahua St. Suite 600
Corpus Christi, TX 78401                                       Corpus Christi, TX 78401

> **\*\*\*\*IMPORTANT ANNOUNCEMENT\*\*\*\***
>
> Attention: Interested Parties of Bankruptcy Cases Administered by Cindy Boudloche
>
> Effective November 1, 2021, the United States Trustee has appointed Yvonne V. Valdez as my successor as Standing Chapter 13 Trustee for this bankruptcy case. This change will not affect the administration of the Chapter 13 Plan.
>
> It has been a pleasure serving as your Trustee, and I wish you the very best.
>
> Cindy Boudloche, Standing Chapter 13 Trustee (Retired)