**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | TERESA BROWN  CRYER |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN    District of    Texas (State) |
| Case number | 18-20484 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor:    TIAA Bank

Court claim no. (if known):    5

Last 4 digits of any number you use to
Identify the debtor's account: xxxxxx6927

**Date of payment change:**
Must be at least 21 days after date
of this notice

05/01/2022

**New total payment**
Principal, interest, and escrow, if any

$2,352.19

---

**Part 1:    Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ■ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  Describe
   the basis for the change.  If a statement is not attached, explain why:_____

   Current escrow payment:    $1,125.20                New escrow payment:    $1,083.12

---

**Part 2:    Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's
   variable-rate account?**

   ■ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law.  If a notice is not
   attached, explain why:_____

   Current interest rate    _____ %                New interest rate:    _____ %

   Current **principal and interest payment:** _____    New **principal and interest payment:** _____

---

**Part 3:    Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change:  _____

   Current **mortgage payment:** _____    New **mortgage payment:** _____

| Debtor 1 | TERESA BROWN  CRYER | | | Case number *(if known)* | 18-20484 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❏  I am the creditor.

■  I am the creditor's attorney.

❏  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗    /s/ Rachael Stokas                                      Date        03/21/2022
    Signature

Print        Rachael Stokas                                      Title       Attorney for Creditor
        First Name        Middle Name        Last Name

Company      Codilis & Moody, P.C.

Address      400 N. Sam Houston Pkwy E, Suite 900A
        Number        Street

        Houston                    TX              77060
        City                          State            ZIP Code

Contact phone    (281) 925-5200                          Email       Rachael.Stokas@il.cslegal.com

File No. 44-18-2869

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on 03/21/2022 a true and correct copy of the Notice of Mortgage Payment Change and Escrow Analysis shall be served via electronic means, if available, otherwise by regular, first class mail on 03/21/2022 to the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid.

TERESA BROWN CRYER
226 LAKEVIEW DRIVE
MATHIS, TX 78368
**DEBTOR**

JOEL GONZALEZ
700 EVERHART RD. SUITE G1
CORPUS CHRISTI, TX 78411
**ATTORNEY FOR DEBTOR**

YVONNE V VALDEZ
555 N. Carancahua, Suite 600
Corpus Christi, TX 78401
**CHAPTER 13 TRUSTEE**


**PARTIES REQUESTING NOTICE**

San Patricio County, Mathis ISD
C/O DIANE W. SANDERS
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 17428
AUSTIN , TX 78760


**ENTITY WITH INTEREST IN PROPERTY:**

Mathis ISD Tax Office
612 E. San Patricio Ave.
Mathis, TX 78368


San Patricio Co Tax-Assessor
c/o Linebarger Goggon, et. al.
PO Box 17428
Austin, TX 78760

*Codilis & Moody, P.C.*

/s/ Rachael Stokas

Brenda A. Likavec ARDC#06330036

Kathryn N. Dahlin SBOT#24053165

Nicole Bartee SBOT#24001674

Rachael A. Stokas ARDC#6276349

**ATTORNEYS FOR SECURED CREDITOR**

File No. 44-18-2869

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

# Cornerstone
HOME LENDING, INC.

PO Box 77404
Ewing, NJ 08628

**Escrow Summary**

| | |
|---|---|
| Statement Date | **02/08/22** |
| Loan Number | |
| New Mortgage Payment Amount | **$2,352.19** |
| New Payment Effective Date | **05/01/22** |

🌐 houseloan.loanadministration.com

*PERSONAL INFORMATION REDACTED*

TERESA BROWN CRYER
226 LAKEVIEW DR
LAKE CITY TX 78368-9406

Each year, we perform an escrow analysis to ensure that there are enough funds in your escrow account to pay your taxes and insurance premiums. If there are not enough funds in your account to pay the projected taxes and/or insurance premium, your account is considered to have a shortage. Your escrow account has a shortage in the amount of **$886.26**.

For more information about why your taxes or insurance premium adjusted, please contact your taxing authority or your insurance company.

Below is a summary of your recent escrow activity. Please make sure to review the enclosed escrow account disclosure statement for the full details.

## Annual Escrow Review

| Escrow Item | Expected to Pay | Change | NOW Expect to Pay |
|---|---|---|---|
| Insurance | $4,178.42 | + | $4,789.14 |
| Taxes | $5,757.62 | - | $5,408.10 |
| Mortgage Insurance | $1,956.12 | - | $1,913.88 |

## Monthly Payment Comparison

| Payment Itemization | Current | New |
|---|---|---|
| Principal and Interest | $1,269.07 | $1,269.07 |
| Escrow Deposit | $1,125.20 | $1,009.26 |
| Escrow Shortage | | $73.86 |
| **Total Payment** | **$2,394.27** | **$2,352.19** |

### What are your options?

 **Take No Action and Pay Over Time**
Your shortage will automatically be divided evenly over your next **12** mortgage payments. Your new monthly mortgage payment will be **$2,352.19** , beginning with your payment which is due on **05/01/22** .

**or**

 **Pay the Shortage in Full**
You can choose to pay your full shortage amount and your mortgage payment will become **$2,278.33** .

If you would like to pay the shortage now:

 **PAY ONLINE** at
houseloan.loanadministration.com

Go to **"Payment"**

Select **"Make an Additional Payment"**

Enter **$886.26** on the **"Additional Escrow"** line to make your escrow payment

 or by **MAILING** the coupon below

 **NOTE** — Online bill pay customers, please remember to update your monthly payment with your provider.
If you have elected to have us deduct your monthly payment from your bank account, we will update the payment amount for you.

Visit houseloan.loanadministration.com  to view all of your escrow disbursements, account details and make payments. Prefer to receive this statement electronically? **Sign up for paperless.** Want to make your payments worry free? **Enroll in AutoPay.**

# Cornerstone
HOME LENDING, INC.

Teresa Brown Cryer
226 Lakeview Dr
Lake City TX 78368-9406

Loan Number:
Shortage Amount:          $886.26

If you choose to pay your escrow shortage of $886.26 in full, your new loan payment amount will be $2,278.33. Please include your loan number on your check and make it payable to "Cornerstone Home Lending, Inc." and send to:

PAYMENT PROCESSING CENTER
PO BOX 11733
NEWARK, NJ  07101-4733



**Cornerstone**
HOME LENDING, INC.

PO Box 77404
Ewing, NJ 08628



Equal Housing
Lender

TERESA BROWN CRYER
226 LAKEVIEW DR
LAKE CITY TX 78368-9406

02/08/22
LOAN NO: ▮▮▮▮▮▮▮▮▮▮
houseloan.loanadministration.com
Customer Service 866-861-2639

| Please see the enclosed insert "Understanding Your Escrow Account Disclosure Statement". This handy guide is intended to help you understand your statement and answer some commonly asked questions about your escrow analysis. |
| --- |

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

As you know, we are required to maintain an escrow account which is used to pay your real estate taxes and/or insurance premiums. This account must be analyzed annually to determine whether enough funds are being collected monthly, and whether the account has a shortage or surplus based on the anticipated activity.

### P R E S E N T   L O A N   P A Y M E N T

Your present payment, 11/01/21 consists of: Principal & Interest (P & I)   $1,269.07
Escrow Deposit   $1,125.20

**Total Loan Payment**   **$2,394.27**

### A N T I C I P A T E D   A N N U A L   D I S B U R S E M E N T S

These are the escrow items we anticipate we will collect for or pay on your behalf in the upcoming 12 month period. The dollar amount shown may be the last amount actually paid for that item, or may project the next amount due as defined by Federal law. Based on these anticipated disbursements, the amount of your escrow deposit is calculated and displayed here.

Bills due in the upcoming year:
| | | |
| --- | --- | --- |
| Mortgage Ins | $1,913.88 |
| Taxes | $3,844.35 |
| County Tax | $1,563.75 |
| Hazard Ins | $4,789.14 |

**Annual Disbursements:**   **$12,111.12**   One-Twelfth/Monthly Amount:   **$1,009.26**

### A C C O U N T   H I S T O R Y

This section is the actual activity that occurred between 02/21 through 04/21.  It represents the period of time between the last analysis statement date and the last analysis effective date.  Over this period, an additional $0.00 was deposited into your escrow account for interest on escrow.

| Month | Actual Escrow Payments | Actual Escrow Disbursements | Actual Escrow Description | Balance |
| --- | --- | --- | --- | --- |
| | | | Beginning Balance | **-$4,231.79** |
| MAR 2021 | 1,960.88 | 163.01 | FHA MIP | -2,433.92 |
| MAR 2021 | 0.00 | 4,798.72 | HAZARD INS | -7,232.64 |
| APR 2021 | 1,960.88 | 163.01 | FHA MIP | -5,434.77 |

The following statement of activity in your escrow account from 05/21 through 04/22 displays actual activity as it occurred in your escrow account during that period. Your monthly mortgage payment was $2,394.27 and $1,125.20 went into your escrow account. If you received Account Projections with a prior analysis, they are included again here for comparison.

x

**\*\*\* CONTINUED ON REVERSE SIDE \*\*\***

## CONTINUATION

| Month | Payments Projected | Payments Actual | Disbursements Projected | Disbursements Actual | Description | Projected Escrow Account Balance | Actual Escrow Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance | $1,656.04 | -$5,434.77 |
| MAY 2021 | 991.01 | * | 163.01 | 163.01 | FHA MIP | 2,484.04 | -5,597.78 |
| JUN 2021 | 991.01 | 980.44 * | 163.01 | * | FHA MIP | 3,312.04 | -4,617.34 |
| JUN 2021 | | | | 159.49 * | FHA MIP | 3,312.04 | -4,776.83 |
| JUL 2021 | 991.01 | 980.44 * | 163.01 | * | FHA MIP | 4,140.04 | -3,796.39 |
| JUL 2021 | | | | 159.49 * | FHA MIP | 4,140.04 | -3,955.88 |
| AUG 2021 | 991.01 | 1,960.88 * | 163.01 | * | FHA MIP | 4,968.04 | -1,995.00 |
| AUG 2021 | | | | 159.49 * | FHA MIP | 4,968.04 | -2,154.49 |
| SEP 2021 | 991.01 | * | 163.01 | * | FHA MIP | 5,796.04 | -2,154.49 |
| SEP 2021 | | | | 159.49 * | FHA MIP | 5,796.04 | -2,313.98 |
| OCT 2021 | 991.01 | 2,250.40 * | 163.01 | * | FHA MIP | 6,624.04 | -63.58 |
| OCT 2021 | | | | 159.49 * | FHA MIP | 6,624.04 | -223.07 |
| NOV 2021 | 991.01 | * | 163.01 | * | FHA MIP | 7,452.04 | -223.07 |
| NOV 2021 | | | | 159.49 * | FHA MIP | 7,452.04 | -382.56 |
| DEC 2021 | 991.01 | 3,375.60 * | 163.01 | * | FHA MIP | 8,280.04 | 2,993.04 |
| DEC 2021 | | | 4,092.26 | 3,844.35 * | SCHOOL TAX | 4,187.78 | -851.31 |
| DEC 2021 | | | 1,665.36 | 1,563.75 * | R.E. TAX | 2,522.42 | -2,415.06 |
| DEC 2021 | | | | 159.49 * | FHA MIP | 2,522.42 | -2,574.55 |
| JAN 2022 | 991.01 | 1,125.20 * | 163.01 | * | FHA MIP | 3,350.42 | -1,449.35 |
| JAN 2022 | | | | 159.49 * | FHA MIP | 3,350.42 | -1,608.84 |
| FEB 2022 | 991.01 | 4,500.80 E* | 163.01 | E* | FHA MIP | 4,178.42 | 2,891.96 |
| FEB 2022 | | | | 159.49 * | FHA MIP | 4,178.42 | 2,732.47 |
| MAR 2022 | 991.01 | 1,125.20 E* | 163.01 | 159.49 E* | FHA MIP | 5,006.42 | 3,698.18 |
| APR 2022 | 991.01 | 1,125.20 E* | 163.01 | 159.49 E* | FHA MIP | 5,834.42 | 4,663.89 |
| APR 2022 | | | 4,178.42 | 4,789.14 E* | HAZARD INS | 1,656.00 | -125.25 |

An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or the date. Please note since mortgage insurance is paid monthly on the annual renewal date of the premium and PMI is paid monthly for the prior month's premium, additional asterisks report in the Account History for these items, if applicable. The letter "E" beside an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.

Last year we anticipated that Disbursements would be made from your Escrow Account during the period equaling $11,892.16. Under Federal Law, your lowest monthly balance should not have exceeded $1,656.00, or 1/6th of total anticipated payments from the account, unless your loan contract or State law specifies a lower amount.

Under your loan contract and State law your lowest monthly balance should not have exceeded $1,656.00.

## ACCOUNT PROJECTIONS

The following estimate of activity in your escrow account from 05/22 through 04/23 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The Required Escrow Account Balance displays the amount actually required to be on hand as specified by Federal law, State law and your loan documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| Month | Anticipated Amount To Escrow | Anticipated Amount From Escrow | Description | Projected Escrow Account Balance | Required Escrow Account Balance |
|---|---|---|---|---|---|
| | | | Beginning Balance | -$125.25 | $1,699.54 |
| MAY 2022 | 1,009.26 | 159.49 | FHA MIP | 724.52 | 2,549.31 |
| JUN 2022 | 1,009.26 | 159.49 | FHA MIP | 1,574.29 | 3,399.08 |
| JUL 2022 | 1,009.26 | 159.49 | FHA MIP | 2,424.06 | 4,248.85 |
| AUG 2022 | 1,009.26 | 159.49 | FHA MIP | 3,273.83 | 5,098.62 |
| SEP 2022 | 1,009.26 | 159.49 | FHA MIP | 4,123.60 | 5,948.39 |
| OCT 2022 | 1,009.26 | 159.49 | FHA MIP | 4,973.37 | 6,798.16 |
| NOV 2022 | 1,009.26 | 159.49 | FHA MIP | 5,823.14 | 7,647.93 |
| DEC 2022 | 1,009.26 | 159.49 | FHA MIP | 6,672.91 | 8,497.70 |
| DEC 2022 | | 3,844.35 | SCHOOL TAX | 2,828.56 | 4,653.35 |
| DEC 2022 | | 1,563.75 | R.E. TAX | 1,264.81 | 3,089.60 |
| JAN 2023 | 1,009.26 | 159.49 | FHA MIP | 2,114.58 | 3,939.37 |
| FEB 2023 | 1,009.26 | 159.49 | FHA MIP | 2,964.35 | 4,789.14 |
| MAR 2023 | 1,009.26 | 159.49 | FHA MIP | 3,814.12 | 5,638.91 |
| APR 2023 | 1,009.26 | 159.49 | FHA MIP | 4,663.89 | 6,488.68 |
| APR 2023 | | 4,789.14 | HAZARD INS | -125.25 | 1,699.54 |

**Your Projected Escrow Account Balance as of 04/30/22 is -$125.25. Your Required Beginning Escrow Balance according to this analysis should be $1,699.54.**
This means your escrow account is under-funded by a total of $886.26. You have a Deficiency of $125.25, and a Shortage of $1,699.54. Per Federal law, the Deficiency may be collected from you over 2 months or more unless it is less than 1 month's deposit. If so, we may require payment within 30 days. The Shortage may be collected from you over 12 months or more unless it is less than 1 month's deposit. If so we may require payment within 30 days. We will

### *** CONTINUED ON NEXT PAGE ***

collect the Deficiency and the Shortage over 12 months.

Once during this period, your Required Escrow Account Balance should be reduced to $1,699.54 as shown in April.  This amount represents the cushion selected by us as allowed by your loan contract, Federal and State law.

## N E W   L O A N   P A Y M E N T

| Your new payment consists of: | Principal & Interest (P & I) | $1,269.07 |
|---|---|---|
| | Escrow Deposit | $1,009.26 |
| | Escrow Shortage Amount | $73.86 |
| **New Loan Payment** | **Beginning  on May 1, 2022** | **$2,352.19** |

**Important Notes:**

**Automatic Draft Customers:**  If you're enrolled in Automatic Drafting, any additional principal deductions you have previously authorized are not included in the above listed new payment amount.  However, until we are otherwise advised, the authorized additional principal amount will continue to be withdrawn from your account.

**Adjustable Rate Mortgage Customers:** If your loan has an adjustable interest rate your monthly principal and interest payment may change prior to your next Escrow Analysis.

**Insurance Renewal/Changing Insurance Companies** :  Upload proof of insurance coverage at www.MyCoverageInfo.com  using PIN: CEN300.

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED  OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING, THIS LOAN STATEMENT IS FOR INFORMATIONAL  PURPOSES ONLY AND DOES NOT CONSTITUTE  A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT INDEBTEDNESS AS YOUR PERSONAL OBLIGATION.

Should you have any questions about this Escrow Analysis, please call our Customer Service Department at 866-861-2639.